05/2023

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 219 Gerald Drive Aston, PA 19014

Address of Defendant: 440 North Broad Street, Philadelphia, PA 19130

Place of Accident, Incident or Transaction: 6400 block of Ridge Avenue, Roxborough, PA

---

*RELATED CASE IF ANY:*
Case Number:_____ Judge:_____ Date Terminated_____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes [ ]   No [X]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?   Yes [ ]   No [X]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?   Yes [ ]   No [X]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?   Yes [ ]   No [X]

I certify that, to my knowledge, the within case [ ] is / [X] is not related to any now pending or within one year previously terminated action in this court except as note above.

DATE: 8/27/2024    _____(signature)_____    28895
                   Attorney-at-Law *(Must sign above)*        Attorney I.D. # *(if applicable)*

---

**Civil** (Place a √ in one category only)

A.  *Federal Question Cases:*
 [ ] 1. Indemnity Contract, Marine Contract, and All Other Contracts
 [ ] 2. FELA
 [ ] 3. Jones Act-Personal Injury
 [ ] 4. Antitrust
 [ ] 5. Wage and Hour Class Action/Collective Action
 [ ] 6. Patent
 [ ] 7. Copyright/Trademark
 [ ] 8. Employment
 [ ] 9. Labor-Management Relations
 [X] 10. Civil Rights
 [ ] 11. Habeas Corpus
 [ ] 12. Securities Cases
 [ ] 13. Social Security Review Cases
 [ ] 14. Qui Tam Cases
 [ ] 15. All Other Federal Question Cases. *(Please specify)*:_____

B.  *Diversity Jurisdiction Cases:*
 [ ] 1. Insurance Contract and Other Contracts
 [ ] 2. Airplane Personal Injury
 [ ] 3. Assault, Defamation
 [ ] 4. Marine Personal Injury
 [ ] 5. Motor Vehicle Personal Injury
 [ ] 6. Other Personal Injury *(Please specify)*:_____
 [ ] 7. Products Liability
 [ ] 8. All Other Diversity Cases: *(Please specify)*_____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, Thomas R. Kline_____, counsel of record *or* pro se plaintiff, do hereby certify:

[X]   Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ]   Relief other than monetary damages is sought.

DATE: 8/27/2024    _____(signature)_____    28895
                   Attorney-at-Law *(Sign here if applicable)*    Attorney ID # *(if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.