IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEREDITH ELIZALDE, individually and as Administratrix of the Estate of NICOLAS ELIZALDE, a minor, deceased,<br><br>Plaintiff,<br>v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHIA,<br><br>Defendant. | : : : : : : : : : : : : : | Civil Action No. 2:24-cv-4494 |

## STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

1. Plaintiff filed a Complaint on August 27, 2024.

2. The School District of Philadelphia was served on August 29, 2024.

3. The School District of Philadelphia's response to the Complaint is due on September 19, 2024.

4. Counsel for Plaintiff has agreed to an extension of time to permit the School District of Philadelphia to file a response (by way of Answer or Motion) to Plaintiff's Complaint on or before October 17, 2024.


/s/ Aaron L. Dunbar
_____
Counsel for Plaintiff

/s/ Jeffrey M. Scott
_____
Counsel for Defendant


Approved By: */s/ Mitchell S. Goldberg*
_____
GOLDBERG, J.