IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEREDITH ELIZALDE**, individually and as Administratrix of the Estate of **NICOLAS ELIZALDE**,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE SCHOOL DISTRICT OF PHILADELPHIA**,<br><br>*Defendant*. | Civil Action<br><br>No. 24-cv-4494 |

## ORDER

**AND NOW**, this 28th day of October, 2024, upon consideration of Defendant's letter requesting a pre-motion conference (ECF No. 11), and Plaintiff's letter in response (ECF No. 13), and the Court finding that a pre-motion conference to discuss Defendant's proposed Motion to Dismiss is unlikely to be helpful in resolving the Motion, it is hereby **ORDERED** that Defendant shall, **within fourteen (14) days** of the date of this Order, file either a Motion to Dismiss or a responsive pleading.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**