IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEREDITH ELIZALDE, individually and as Administratrix of the Estate of NICOLAS ELIZALDE, a minor, deceased, | : : : : : : | Civil Action No. 2:24-cv-4494 |
| Plaintiff, | : : | |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : : : | |
| Defendant. | : : | |

## DEFENDANT THE SCHOOL DISTRICT OF PHILADELPHIA'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendant the School District of Philadelphia, by and through its undersigned counsel, hereby file the instant Motion to Dismiss.

Pursuant to Local Rule 7.1 a Memorandum of Law in Support of Moving Defendant's Motion to Dismiss and a Proposed Order are attached, as though fully incorporated herein.

ARCHER & GREINER, P.C.

By:   */s Jeffrey M. Scott*
      Jeffrey M. Scott, Esq.
      Amy E. Pearl, Esq.

Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-963-3300
*Attorneys for the School District of Philadelphia*

Date: November 12, 2024

229649220 v1