# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MEREDITH ELIZALDE,** | : | |
| *Individually and as Administratix of* | : | |
| *the Estate of NICOLAS ELIZALDE,* | : | |
| *a minor, deceased* | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | No. 24-4494 |
| | : | |
| v. | : | |
| | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 26th day of August, 2025, upon consideration of Defendant's Motion to (ECF No. 15), Plaintiff's Response (ECF No. 22), and Defendant's Reply (ECF No. 28), it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED**.

                                                BY THE COURT:

                                                */s/ Mitchell S. Goldberg*
                                                **MITCHELL S. GOLDBERG, J.**